called for in 2d paragraph of demand, and as modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Wladyslaw Szumlanski, Appellant, v. Hudson Structural Steel Company, Respondent.— Order affirmed, with ten dollars costs and disbursements, No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. James B. Traynor, Appellant, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott and Hotchkiss, JJ.

The People of the State of New York v. Daniel Lynch. — This motion must be reserved. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Max Wishner.— Motion to dismiss appeal granted. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. John Jennings v. Rhinelander Waldo, as Police Commissioner of the City of New York.— Motion to dismiss writ granted, without costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. William H. Harford v. Rhinelander Waldo, as Police Commissioner of the City of New York.— Motion to dismiss writ granted, without costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The City of New York v. John Linson and Others. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Percy De M. Betts v. Emma M. Betts.— Motion to dismiss appeal granted unless appellant comply with terms stated in order. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Charles C. Murray, as Receiver, etc., v. Robert H. Simpson, Individually and as Executor, etc.— Motion to dismiss appeal granted, without costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Charles C. Murray, as Receiver, etc., v. Robert H. Simpson, Individually and as Executor, etc.— Motion to withdraw appeal denied, without costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Adolph Keitel.— Motion to dismiss appeal granted. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

John B. G. Rinehart, as Receiver, etc., v. Louis F. Delenne and Others. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.